

# Fourth Court of Appeals
## San Antonio, Texas

May 20, 2014

No. 04-13-00725-CV

David Allan **EDWARDS**,
Appellant

v.

**COUNTY OF ATASCOSA**,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 12-02-0185-CVA-A
Honorable Thomas F. Lee, Judge Presiding

# O R D E R

Appellant David Allan Edwards is an inmate acting pro se. We abated this appeal for the trial court to determine (1) whether Appellant is indigent, *see* TEX. R. APP. P. 20.1; *Higgins v. Randall County Sheriff's Office*, 257 S.W.3d 684, 688 (Tex. 2008), and if so, (2) whether Appellant's appeal is frivolous, *see* TEX. CIV. PRAC. & REM. CODE ANN. § 14.003 (West 2002).

The trial court determined that Appellant's appeal is frivolous. *See id.* Appellant filed a response to the trial court's determination, and Appellee filed a reply to Appellant's response.

The supplemental clerk's record does not show any contest was timely filed to Appellant's affidavit of indigence. *See* TEX. R. APP. P. 20.1(f). Thus, Appellant's allegations of indigence are deemed true, and Appellant is entitled to the clerk's and reporter's records without cost.

We REINSTATE the appellate timetable. We ORDER the trial court clerk and the court reporter to file their respective records within THIRTY DAYS of the date of this order.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of May, 2014.



Keith E. Hottle
Clerk of Court